IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs        4:91CR00001-01-WRW
          4:91CR00129-01-WRW

FRANK CHRISTIAN NICHOLS

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 24 Months at a designated Bureau of Prisons correctional facility in 4:91CR00129-01 which is to run consecutively to his state sentence currently being served in Oklahoma. Further, the defendant is sentenced to a period of 21 Months at a designated Bureau of Prisons correctional facility which is to run concurrently to the term of imprisonment in 4:91CR00129-01. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 12th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Nichols.wpd